1983 Form

# In the United States District Court
# For the ~~Northern District~~ of Alabama
## - Middle District -

RECEIVED
2007 OCT 10 A 9: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Henry Lee Ford, III
#170148

Documented.
Filed: 10/5/07
2:07cv912-WKW

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Classification Spec. Mrs. Baggett
Kilby Correction Facility
P.O. Box 150
Mt. Meigs, AL. 36057

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓)   No ( )

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiff(s): Henry Lee Ford, III

      Defendant(s) Judy Holloway Classification Spec.

   2. Court (if Federal Court, name the district; if State Court, name the county)
      Middle District

   3. Docket Number _____

   4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
_____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement **St. Clair Prison**

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No ( )

   C. If your answer is YES:

      1. What steps did you take? **N/A**
      _____

      2. What was the result? _____
      _____
      _____

   D. If your answer is NO, explain why not? _____
   _____
   _____
   _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) **Mr. Henry Lee Jr., III #170148**
   **St. Clair Correctional Facility, 1000 St. Clair Rd. Springville, Al 35146**

   Address _____

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant **Classification Spec. Mrs. Baggett**

is employed as _____

at **Kilby Correction Facility, P.O. 150, Mt. Meigs, AL. 36057**

C. Additional Defendants _____

## IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On approx. 1/10/06 - I was transferred to Kilby prison and admitted into the hospital Due to legal lawsuits Filed and past altercations at (St. Clair Prison) On 3/15/06 I met with Classification Spec. (Mrs. Baggett) and explained to Her The Legal Lawsuit Proceedings against Defendants at (St. Clair Prison) and past Court appearances in Federal Courts Therto in which She Lied and agreed to Separate me from The (St. Clair) Defendants Due to Their Criminal Misconduct at prison On 4/13/07 Classification Spec. "Mrs. Baggett" Did intentionally Transfer me Back to The (St. Clair) prison Facility after Being Released From The Hospital at Baptist South Hospital in Montgomery, AL.

-3-

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Would like for Criminal Charges to Be Manifested plus I would like to sue For $1.2 million Dollars for the out of Code of Conduct practice initiated and Due-process violations, Emotional Distress Suffered I also Would like for the Courts to Order that I Be Transferred to Holman prison away from Defds at (St. Clair Prison)

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/5/07
(date)

Henry Lee Ind, III

Signature(s)

- 4 -

Past 6 Mo. Dep.

OCT. ____ ∅
SEPT. #100.00
AUG. #20.00
JULY # ∅
JUNE #50.00
MAY ____ ∅

