IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HENRY LEE FORD, III, #170 148          *

   Plaintiff,                                          *

   v.                                                        *          2:07-CV-912-WKW

MRS. BAGGETT                                   *

   Defendant.                                       *

_____

**O R D E R**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered October 31, 2007 (*Doc. No. 3*) be and is hereby WITHDRAWN.

DONE, this 13th day of November 2007.


       /s/   Susan Russ Walker
       SUSAN RUSS WALKER
       UNITED STATES MAGISTRATE JUDGE