CRIMINAL TECH OBJECTIONS

1983 Form

# In the United States District Court
# For the ~~Northern District~~ of Alabama
## Middle District

RECEIVED
2007 NOV 19 A 10:08
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Henry Lee Ind, III
#170148

D#2 DOCUMENTED

FILED
11/8/07

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Mrs. Baggett (Classification Spec.)
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL. 36057

2:07CV912-WKW

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓)   No ( )

    B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit
            Plaintiff(s): Henry Lee Ind, III
            Defendant(s): Mrs. Baggett (Classification Spec.)

        2. Court (if Federal Court, name the district; if State Court, name the county)
            Middle District

        3. Docket Number  CV07912 WKW

        4. Name of judge to whom case was assigned  Judge Susan Russ Walker

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  _St. Clair Correctional Facility_

    A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No ( )

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No ( )

    C. If your answer is YES:

        1. What steps did you take?   _N/A_

        2. What was the result?   _N/A_

    D. If your answer is NO, explain why not? _____

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

    A. Name of plaintiff(s)  _Henry Lee Smith, III #170148_
_St. Clair Correctional Facility, 1000 St. Clair Rd., Springville, AL. 35146_

Address _____

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant  Mrs. Baggett
   is employed as  Classification Spec.
   at  Kilby Correctional Facility

C. Additional Defendants  *ALL DEFENDANTS AT ST. CLAIR PRISON* Warden A. Grantt, Warden D. Wise, Captain Carter, Sgt. Sammuel Howard Jr., Classification Spec. Deborah Gardner, Off. Donald F. Scott, Off. Shirly J. Nunn, Off. E. Byers, Off. C. OBrian

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Mrs. Baggett Classification Specialist at Kilby prison and The Cited Defendants are working together in an illegal Conspiracy Mrs. Baggett was informed of illegal misconduct on 10/10/07 - During The course of The Federal Lawsuit Filed The Defendants Cited at St. Clair prison Called Kilby prison and informed Her of Criminal litigation During The course of Court proceeding The Defendants at St. Clair prison Held The paperwork and Orders from The Courts from me Because I didn't Receive Them which is a Federal Felony Offense all paperwork Have already Been Filed against The Cited Defendants with The Northern District Courts in B'ham, AL. They all are Conspirators in a illegal Conspiracy Please Contact The Northern District Courts Concerning all active litigation all Ready Filed

-3-

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for The Courts to Manifest Criminal Charges against The Defendants Because They've Violated my Civil Rights and Due process Right. I also would like to sue for $10,000 for the act of Code of Conduct practices at The 2 Cited prison Facility. I also would also would like The Middle District Courts to Contact The Norther District Courts and Take Criminal action against Cited Defendants.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/8/07
(date)

*Jerry Lee Jnd, III*

Signature(s)

Mr. Henry Lee Ard, III #170148 D-10 Cell
St. Clair Correctional Facility
1000 St. Clair Rd.
Springville, AL 35146



This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Magistrate Judge Susan Russ Walker
United States District Court Middle District
P.O. Box 711
Montgomery, AL. 36101

3610130711 B007