IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| HENRY LEE FORD, III, #170 148 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-912-WKW |
| MRS. BAGGETT | * | |
| Defendant. | * | |

_____

**O R D E R**

By order filed November 13, 2007, the court directed Plaintiff to submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of this complaint. Plaintiff has submitted nothing in response to the court's order. Accordingly, it is,

ORDERED that on or before December 19, 2007 Plaintiff shall show cause why this case should not be dismissed for his failure to comply with the court's November 13, 2007 order. In filing his response, Plaintiff shall advise the court of whether he requested prison officials to provide the inmate account information or whether he has simply chosen not to submit this information. If Plaintiff does not wish to continue with this cause of action, he shall so advise the court and file a motion to dismiss.

Plaintiff is cautioned that his failure to file a response to this order will result in a Recommendation that this case be dismissed.

DONE, this 13th day of December 2007.

    /s/   Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE