IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY LEE FORD, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-912-WKW |
| ) | (WO) |
| CLASSIFICATION SPECIALIST ) | |
| MRS. BAGGETT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 15, 2008, the Magistrate Judge filed a Recommendation (Doc. # 9) in this case recommending dismissal for the plaintiff's failure to comply with the court's order to show cause why his complaint should be not be dismissed for failure to submit a prison account statement from the account clerk at the St. Clair Correctional Facility as directed by an order filed November 13, 2007 (Doc. # 6). The plaintiff did not file an objection.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 9) of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 5th day of February, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE